ALEXANDER F. STUART, SBN 96141
**STUART LAW GROUP, INC.**
1901 S. Bascom Avenue, Suite 1440
Campbell, California  95008
Telephone: (408) 289-1972
Email: alex@stuartlawgroup.net

Attorneys for Plaintiffs
HANSEN RANCH, LLC and HAWKINS
RANCH, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN RANCH, LLC, a California limited liability company, and HAWKINS RANCH, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> FIREMAN'S FUND INSURANCE COMPANY, an Illinois corporation; NATIONAL SURETY CORPORATION, an Illinois corporation;  and DOES 1 – 100, inclusive. <br><br> Defendants. | Case No. 5:25-CV-06680-NC <br><br> **STIPULATION OF DISMISSAL AND ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs Hansen Ranch, LLC and Hawkins Ranch, LLC ("Plaintiffs") and

- 1 -
STIPULATION OF DISMISSAL & ORDER

Defendants Fireman's Fund Insurance Company and National Surety Corporation ("Defendants"), by and through their undersigned counsel, STIPULATE AS FOLLOWS:

    1.  Plaintiffs and Defendants agree to the Dismissal of Plaintiff's Complaint with prejudice, each party to bear their own costs, expenses and fees.

Dated: April 9, 2026                    STUART LAW GROUP


                                        By:  /s/ *Alexander F. Stuart*
                                            ALEXANDER  F. STUART
                                            Attorneys for Plaintiffs
                                            HANSEN RANCH, LLC
                                            and HAWKINS RANCH, LLC


Dated: April 9, 2026                    GORDON REES SCULLY MANSUKHANI, LLP


                                        By: /s/ *Erin B. Newman*
                                            MATTHEW S. FOY
                                            ERIN B. NEWMAN
                                            Attorneys for Defendants
                                            FIREMAN'S FUND INSURANCE
                                            COMPANY and
                                            NATIONAL SURETY CORPORATION


### ORDER

        Based on the parties' Stipulation, the Clerk of the Court is directed to dismiss this matter with prejudice, each party to bear their own costs, expenses and fees.

        IT IS SO ORDERED.

Dated: April 9, 2026



                    By:  _____
                         NATHANAEL M. COUSINS
                         United States Magistrate Judge

                         GRANTED
                         Judge Nathanael M. Cousins

- 2 -
STIPULATION OF DISMISSAL & ORDER